IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DONA K. MENUTOLE,<br><br>      Plaintiff,<br><br>vs.<br><br>BANK OF AMERICA CORPORATION,<br>TRANS UNION LLC, EQUIFAX INFORMATION<br>SERIVCES LLC, and EXPERIAN INFORMATION<br>INC., JOHN DOE and JOHN DOE<br>CORPORATION,<br><br>      Defendants. | CASE NO. 1:09-cv-11834 |

### STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(ii), Plaintiff Dona K. Menutole ("Plaintiff") hereby stipulates and agrees that all claims Plaintiff asserts against Defendant Equifax Information Services LLC ("Equifax"), are dismissed, in their entirety, with prejudice, each side to bear its own costs and attorney's fees.

Respectfully submitted,

**PLAINTIFF,**
**DONA K. MENUTOLE**

_____
Stephen K. Midgley
Midgley Law Associates
PO Box 2577
Attleboro Falls, MA 02763
*Counsel for Plaintiff*

**DEFENDANT,**
**EQUIFAX INFORMATION**
**SERVICES LLC.,**
By its attorneys,

_____
Melissa M. D'Alelio, BBO# 663035
Robinsson & Cole, LLP
One Boston Place
Boston, MA 02108-4404

**OF COUNSEL:**
Brian Olson, Esq.
King & Spalding LLP
1180 Peachtree Street N.E.
Atlanta, Georgia 30309-3521

Dated: June 21, 2010

### CERTIFICATE OF SERVICE

In accordance with Local Rule 5.2(b), I, Melissa M. D'Alelio, hereby certify that this document, filed through the ECF system on June 21, 2010, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing. I also caused a true and correct copy of the foregoing document to be served by U.S. Mail, postage prepaid, on the following:

Stephen K. Midgley
Midgley Law Associates
PO Box 2577
Attleboro Falls, MA 02763
*Counsel for Plaintiff*

_____
Melissa M. D'Alelio