UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| DONA K. MENUTOLE, <br><br> Plaintiff, <br><br> v. <br><br> BANK OF AMERICA CORPORATION, TRANS UNION LLC, EQUIFAX INFORMATION SERVICES, LLC, EXPERIAN INFORMATION SOLUTIONS, INC., and JOHN DOE AND JOHN DOE CORPORATION, <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) )  CIVIL ACTION NO.: 09-CV-11834-DPW |

**STIPULATION OF DISMISSAL WITH RESPECT TO PLAINTIFF'S
CLAIMS AGAINST DEENDANT BANK OF AMERICA CORPORATION ONLY**

Plaintiff Dona K. Menutole ("Plaintiff") and defendant Bank of America Corporation ("BAC") hereby stipulate and agree that Plaintiff's claims against BAC in the above-captioned matter shall be dismissed with prejudice, with all rights of appeal waived, and with each party to bear its own attorney's fees and costs.  This stipulation does *not* apply to or affect Plaintiff's claims against any defendant besides BAC.

| DONA K. MENUTOLE | BANK OF AMERICA CORPORATION |
|---|---|
| By Her Attorneys, | By its attorneys, |
| /s/ *Stephen K. Midgley* | /s/ *Stephen C. Reilly* |
| Stephen K. Midgley, Esquire  (BBO #549701) <br> Midgley Law Associates <br> P.O. Box 2577 <br> Attleboro Falls, MA 02763 <br> (508) 261-9010 | Stephen C. Reilly (BBO #555371) <br> Jennifer E. Greaney (BBO #643337) <br> SALLY & FITCH, LLP <br> One Beacon Street, 16th Floor <br> Boston, MA 02108 <br> (617) 542-5542 <br> scr@sally-fitch.com <br> jeg@sally-fitch.com |

Dated:  June 28, 2010

**CERTIFICATE OF SERVICE**

       I, Stephen C. Reilly, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on June 28, 2010.

                                                   */s/ Stephen C. Reilly*
                                                   Stephen C. Reilly