IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DONA K. MENUTOLE,<br><br>               Plaintiff,<br><br>v.<br><br>BANK OF AMERICA CORPORATION, et al.,<br><br>               Defendants. | C.A. No: 1:09-cv-11834-DPW |

## STIPULATION OF DISMISSAL

IT IS HEREBY STIPULATED AND AGREED, by and between the Plaintiff and Trans Union LLC ONLY that, in accordance with Rule 41(a) of the Federal Rules of Civil Procedure, this action is dismissed with prejudice. Each party hereto to bear its own costs and attorney's fees.

| | |
|---|---|
| /s/ Stephen K. Midgley<br>Stephen K. Midgley, Esquire<br>Midgley Law Associates<br>P.O. Box 2577<br>Attleboro Falls, MA 02763<br>508-261-9010; Fax: 508-261-9040<br>Email: midgleylaw@verizon.net<br>*Counsel for Plaintiff* | /s/ Bruce S. Luckman<br>Bruce S. Luckman, Esq.<br>Kogan, Trichon & Wertheimer, PC<br>1818 Market St., 30th Floor<br>Philadelphia, PA 19103<br>(215) 575-7622; Fax: (215) 575-7688<br>Email: bluckman@mstkw.com<br>*Counsel for Defendant, Trans Union LLC* |

APPROVED BY THE COURT:

_____
                                        J.

DATED: