UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DONA K. MENUTOLE,<br>    Plaintiff,<br>v.<br><br>BANK OF AMERICA CORPORATION<br>TRANS UNION, LLC,<br>EQUIFAX INFORMATION SERVICES, LLC and<br>EXPERIAN INFORMATION SOLUTIONS, INC.<br>JOHN DOE<br>And JOHN DOE CORPORATION<br>    Defendants | ) <br> ) <br> ) <br> ) CASE NO. 1:09-cv-11834-DPW <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## PLAINTIFF DONA MENUTOLE'S VOLUNTARY DISMISSAL OF LAWSUIT

Now comes the Plaintiff, Dona K. Menutole, through her attorney, to dismiss the lawsuit with prejudice filed against all Defendants and states in support the following:

1. Plaintiff and all Defendants have agreed to settlements.

WHEREFORE, the Plaintiff respectfully requests that this Honorable Court grant the Voluntary Dismissal of Lawsuit with prejudice and grant further relief as is just and proper.

Dated: 8-16-10

Respectfully Submitted,
Dona K. Menutole,
By her attorney,

Stephen K. Midgley, Esq.
Midgley Legal Services, LLC
P.O. Box 2577
Attleboro Falls, MA 02763
Telephone: 508-261-9010
Facsimile: 508-339-0222
Email: midgleylaw@verizon.net
BBO No.: 549701

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DONA K. MENUTOLE,<br>    Plaintiff,<br>v.<br><br>BANK OF AMERICA CORPORATION<br>TRANS UNION, LLC,<br>EQUIFAX INFORMATION SERVICES, LLC and<br>EXPERIAN INFORMATION SOLUTIONS, INC.<br>JOHN DOE<br>And JOHN DOE CORPORATION<br>    Defendants | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**CERTIFICATE OF SERVICE**

I, Stephen K. Midgley, do hereby certify that on ___8-16___, 2010, I electronically filed Plaintiff, Dona Menutole's, Voluntary Dismissal of Lawsuit with the United States District Court, District of Massachusetts, Michael Fluhr, Esq., Counsel for Experian Information Solutions, Stephen C. Reilly, Esq., Counsel for Bank of America, Corporation., Melissa M. D'Alelio, Esq., Counsel for Equifax Information Services, LLC, Brian Olson, Esq,. Counsel for TransUnion, LLC, and mailed a copy to Dona K. Mentuole.

/s/ Stephen K. Midgley
Stephen K. Midgley, Esq.
Midgley Legal Services, LLC
P.O. Box 2577
Attleboro Falls, MA 02763
Telephone: 508-261-9010
Facsimile: 508-339-0222
Email: midgleylaw@verizon.net
BBO No.: 549701